IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

F I L E D
JUL - 5 2012
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JUANITA MORRIS O/B/O N.M., )
                                                         )
     Plaintiff,                )
                                                         ) Case No. 1:11cv697 (GBL/TCB)
v.                                       )
MICHAEL J. ASTRUE,     )
Commissioner of Social Security, )
     Defendant.             )

ORDER

Upon consideration of the May 2, 2012, Report and Recommendation of United States Magistrate Judge Buchanan (Dkt. No. 14), no objection having been filed within fourteen (14) days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the Magistrate Judge. Specifically, it is

ORDERED that Defendant's Motion for Summary Judgment (Dkt. No. 9) and Plaintiff's Motion for Summary Judgment (Dkt. No. 11) are DENIED. It is further

ORDERED that this case is REMANDED to the Administrative Law Judge for further development consistent with the recommendation of the Magistrate Judge.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 5th day of July, 2012.

Alexandria, Virginia
7/5/12

/s/
Gerald Bruce Lee
United States District Judge